# United States Court of Appeals
# for the Fifth Circuit

———————

No. 26-40020
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

July 10, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Mario Ramirez-Martinez,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:25-CR-2104-1

———————————————————

Before Wiener, Stewart, and Richman, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Defendant-Appellant Mario Ramirez-Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ramirez-Martinez has not filed a response. We have reviewed counsel's brief and the relevant

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 26-40020

portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.